

AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

NORTHERN District of ILLINOIS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MONTEL GOINGS | ) | Case No: 2 CR 200-7 |
|  | ) | USM No: 14414-424 |
| Date of Previous Judgment: 09/13/2005 | ) | Anita Rivkin-Carothers |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  X  DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: _____   Amended Offense Level: _____
Criminal History Category: _____   Criminal History Category: _____
Previous Guideline Range: _____ to _____ months   Amended Guideline Range: _____ to _____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**
See separate page.

Except as provided above, all provisions of the judgment dated 9/13/2005 shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  5/7/2010 _____         _____
                                                                       Judge's signature

Effective Date: _____          Wayne R. Andersen, U.S. District Judge
     (if different from order date)                Printed name and title

AO 247   (02/08)   Order regarding motion for sentence reduction                                                Page 2

MONTEL GOINGS
2 CR 200-7

ADDITIONAL COMMENTS:

This matter is before the court on defendant Montel Goings' motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2) based on the amendments to the sentencing guidelines which lowered the base offense levels applicable to certain cocaine base ("crack") offenses. Pursuant to 18 U.S.C. § 3582(c)(2), a defendant's sentence may only be reduced when "such a reduction is consistent with the applicable policy statements issued by the Sentencing Commission." In its revisions to sentencing guidelines, the Commission made clear that a sentencing court is not authorized to reduce a defendant's sentence when a retroactive amendment does not result in lowering the applicable sentencing range for a defendant.

Defendant was sentenced to 174 months imprisonment. The base offense level was a level 38 under the November 2002 edition of the Sentencing Guidelines Manual. Under the revised guidelines, defendant's base offense level remains at a level 38. At the high end, the guidelines previously applied a base offense level 38 to a quantity of crack cocaine of 1.5 kilograms or more. Under the revised guidelines, that offense level now only applies to offenses involving a quantity of 4.5 kilograms or more of crack cocaine. The factual basis underlying defendant's offense shows that he was involved in the drug conspiracy and accountable for the distribution of well in excess of 4.5 kilograms. Therefore, there is no basis for a reduction of defendant's sentence because a base offense level 38 applies under both the old and revised guidelines. Therefore, defendant's base offense level remains unchanged by the sentencing guidelines' amendments. For these reasons, defendant's motion to reduce sentence is denied.

*Wayne Andersen* (signature)